# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANCE TYLER** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-1096 |
| | : | |
| **MORRIS HOUSER,** *et al.* | : | |

## ORDER

This 23rd day of January, 2026, following careful and independent consideration of the petition for writ of habeas corpus, the record as submitted, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid and Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's objections are **OVERRULED.**[1]

3. The Petition for Writ of Habeas Corpus is **DISMISSED**.

4. Petitioner has shown neither a denial of a constitutional right, nor established that reasonable jurists would disagree with this Court's disposition of his claims. Consequently, a certificate of appealability is **DENIED.**

           /s/ Gerald Austin McHugh
United States District Judge

---

[1] In his objections, Petitioner raises an actual innocence claim for the first time, in which he merely reformulates his prior arguments, and does not set forth a cognizable claim under the governing legal standard. *See Wallace v. Mahanoy*, 2 F.4th 133, 151 (3d Cir. 2021).